THE STATE OF OHIO, APPELLANT, *v.* WHITE, APPELLEE.

[Cite as *State v. White*, 132 Ohio St.3d 67, 2012-Ohio-1983.]

(No. 2011–1754—Submitted April 4, 2012—Decided May 10, 2012.)

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones,* — U.S. —, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

**PFEIFER, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals on the authority of *United States v. Jones,* — U.S. —, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

Gregg Marx, Fairfield County Prosecuting Attorney, and Jocelyn S. Kelly, Assistant Prosecuting Attorney, for appellant.